[No. 28708-1-II. Division Two. October 21, 2003.]

DISCOUNT TIRE COMPANY OF WASHINGTON, INC., *Appellant*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

The opinion in the above captioned case, which appeared in the advance sheets at 118 Wn. App. 811, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated March 9, 2004 granting reconsideration in part, withdrawing the opinion, and substituting a new opinion. See 121 Wn. App. 513.